United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Oscar Jean, Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 19-20343-Civ-Scola |
| | ) |
| United States Of America, Respondent. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On March 18, 2019, Judge Reid issued a report, recommending that the Court deny Petitioner Oscar Jean's motion for a writ of error *coram nobis*. (Report of Mag. J., ECF No. 3.) Jean has timely filed objections to Judge Reid's report (Pet'r's Objs., ECF No. 4.)

The Court has considered Judge Reid's report, Jean's objections, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling: to the extent Jean seeks to vacate his sentence, *coram nobis* relief is not available to him; to the extent Jean seeks habeas relief, he has not sought leave to file a successive § 2255 motion; and, in any event, Jean has not set forth any extraordinary circumstances that would even come close to supporting *coram nobis* relief in this case.

The Court thus **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 3**). The Court denies Jean's request for a writ of *coram nobis* (ECF No. 1). The Clerk is directed to **close** this case. Any pending motions are denied as moot.

**Done and ordered**, at Miami, Florida, on April 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge